| | |
|---|---|
| 1 | CARLTON DiSANTE & FREUDENBERGER LLP |
|   | Cheryl D. Orr, State Bar No. 143196 |
| 2 | Heather M. Sager, State Bar No. 186566 |
|   | 260 California Street, Suite 500 |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 981-3233 |
| 4 | Facsimile: (415) 981-3246 |
| 5 | Attorneys for Defendants |
|   | INSURANCE PLACEMENT SPECIALISTS AND BRAD |
| 6 | DUNLAP |
| 7 | COOPER, WHITE & COOPER LLP |
|   | Robert A. Padway, State Bar No. 48439 |
| 8 | Marcy J. Bergman, State Bar No. 75826 |
|   | Vijay K. Toke, State Bar No. 215079 |
| 9 | 201 California Street, 17th Floor |
|   | San Francisco, California 94111 |
| 10 | Telephone: (415) 433-1900 |
|    | Facsimile: (415) 433-5530 |
| 11 | |
|    | Attorneys for Plaintiff |
| 12 | INSURANCE PERSONNEL SERVICE, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 16 | INSURANCE PERSONNEL SERVICE, INC., ) | Case No. C 05 2990 PVT |
| 17 | Plaintiff, ) | **STIPULATION FOR EXTENSION OF** |
|    |   ) | **TIME TO FILE A RESPONSIVE** |
| 18 | vs. ) | **PLEADING TO PLAINTIFF'S** |
|    |   ) | **COMPLAINT; [PROPOSED] ORDER** |
| 19 | BRAD DUNLAP, individually and doing ) | |
|    | business as INSURANCE PLACEMENT ) | Action Filed: July 22, 2005 |
| 20 | SPECIALISTS, ) | Trial Date: Not Set |
| 21 | Defendants. ) | |

1  The following Stipulation is entered into by Plaintiff Insurance Personnel Service,
2  Inc. and Defendants Insurance Placement Specialists and Brad Dunlap (collectively, "Parties") in
3  this matter, through their counsel of record, pursuant to the following facts:
4      1.   The Complaint in this matter was filed on July 22, 2005 and service was
5  effected on Defendants Insurance Placement Specialists and Brad Dunlap (collectively,
6  "Defendants") on July 22, 2005.
7      2.   The responsive pleading is due on or before August 15, 2005.
8      3.   The Parties have agreed to extend Defendants' time to file a responsive
9  pleading to Plaintiff's Complaint   30 days to September 14, 2005.

10  Dated: August 3, 2005         CARLTON, DiSANTE & FREUDENBERGER LLP

12                                  By: /s/ Heather M. Sager

14                                  Heather M. Sager
                                    Attorneys for Defendants
                                    INSURANCE PLACEMENT SPECIALISTS and BRAD
15                                  DUNLAP

16  Dated: August 3, 2005         COOPER, WHITE & COOPER LLP

19                                  By: /s/ Robert A. Padway

20                                  Robert A. Padway
                                    Attorneys for Plaintiff
                                    INSURANCE PERSONNEL SERVICE, INC.

22      IT IS SO ORDERED.
23  DATE: August 5, 2005              /s/ Patricia V. Trumbull

24                                  United States ~~District~~ Court Judge
                                        Magistrate
25                                  PATRICIA V. TRUMBULL

                                    2                Case No. C 05 2990 PVT
                                                     Stip for Extension of Time to File Answer to
                                                     Complaint and [Proposed] Order